

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00457-CR

Mark Wayne **EVANS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 54th Judicial District Court, McLennan County, Texas
Trial Court No. 2012-1167-C2
Honorable Matt Johnson, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 18, 2014.

Patricia O. Alvarez, Justice